LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone:   (775) 398-3065
Facsimile:   (877) 648-5288
Email:       lrivera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL PARTON, individually,<br><br>  Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>  Defendants. | Case No. 2:20-cv-01404 JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF PAUL PARTON** |

Comes now PLAINTIFF PAUL PARTON and Defendant HOME DEPOT U.S.A., INC. by and through their counsel and stipulates, pursuant to Federal Rules of Civil Procedure 35, that Plaintiff PAUL PARTON appear on **February 4, 2021 at 3:00 p.m.** at 861 Coronado Center Drive, Suite 200, Henderson, NV 89052 for an independent medical examination to be conducted by James S. Forage, M.D., Telephone number 702-896-0940.  Dr. Forage is board certified in Neurological Surgery and his curriculum vitae is attached as **Exhibit A.**

1. This will be the only orthopedic IME allowed in this matter.

2. The examiner will not require Plaintiff to sign any paperwork.  However, should the examiner require Plaintiff to complete paperwork, then same should be provided to Plaintiff's counsel at least five days in advance of the examination.

3. The examiner will retain all handwritten notes, e-mails (sent and received), and all documents generated or received, including draft reports, related to the examination.

4. No later than thirty days following the examination, the examiners will produce a copy of their entire file related to their respective exam, including any test materials/raw data.

5. The examiners will forward a copy of the examination report to Plaintiff's counsel at the same time that the report is sent to Defendant's counsel, without delay, pursuant to FRCP 35.

6. The examiners will accurately report the findings and test results.

7. To ensure accuracy of the report, Plaintiff may audio record the examination.

8. The IME examiner can ask about the plaintiff's general medical history, what happened in the subject incident (no liability type questions), what body parts he injured in the subject incident, whether he had prior injury to those specific body parts and treatment received for injuries sustained.

9. Plaintiff will have a third party nurse examiner present. She will not ask questions and will only observe the examination.

10. Neither defense counsel nor any its representatives, will attend the examination.

11. The examination will not last longer than two hours unless extraordinary circumstances are presented to Plaintiff's counsel in writing at least five days prior to the examination setting forth the justification for additional time.

12. Plaintiff will not be required to wait in the IME waiting room for longer than thirty minutes before commencement of each examination.

13. Liability questions may not be asked by the examiner or any agent or representative of the examiner. Further, the IME examiners will not attempt to use this exam to take a statement of Plaintiff.

14. No x-rays or radiographs may be obtained during the examinations, including, but not limited to, EMG, EEG, MRI, CT scans, etc. If any such studies are necessary for the

IME, please detail in writing why such studies are necessary and the protocol for conducting such radiographic studies.

15. Plaintiff will not complete any psychological and/or psychometric testing in neither written nor oral form.

16. Defense counsel shall notify the IME examiner of these conditions and have him/her agree to each prior to commencement of the exam.

17. Defense counsel agrees that should the examiners violate any of the above-mentioned conditions, Plaintiff's counsel will be able to comment on the same at trial as well as the fact that these conditions were explained to the medical experts prior to the IME.

18. Defendant shall bear the costs of such examination. Dr. Forage charges a $1,500 fee for no show or cancellation unless 7 days' notice of such cancellation is provided in advance of said examination. Any such late cancellation costs shall be paid by Plaintiff.

DATED: January 29, 2021          DAVID BOEHRER LAW FIRM

                                 By   /s/ Travis J. Rich
                                    David D. Boehrer, Esq.
                                    Travis J. Rich, Esq.
                                    DAVID BOEHRER LAW FIRM
                                    375 N. Stephanie Street, Suite 711
                                    Henderson, NV 89014
                                    Attorneys for Plaintiff
                                    PAUL PARTON

DATED: January 29, 2021          BURNHAM BROWN

                                 By   /s/Lynn V. Rivera
                                    LYNN V. RIVERA, ESQ.
                                    NEVADA BAR NO. 6797
                                    200 S. Virginia Street, 8th
                                    Floor Reno, Nevada 89501

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: February 1, 20201

UNITED STATES MAGISTRATE JUDGE

Submitted by:
BURNHAM BROWN
*/s/ Lynn V. Rivera*

Lynn V. Rivera
Nevada State Bar No. 6797
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## **AFFIRMATION**

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding pleading filed in District Court Case No. 2:20-cv-01404 JCM-EJY does not contain the social security number of any person.

DATED: January 29, 2021                    BURNHAM BROWN

By */s/ Lynn V. Rivera*
LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
200 S. Virginia Street, 8th
Floor Reno, Nevada 89501
Attorneys for Defendant
HOME DEPOT U.S.A., INC. (Erroneously sued herein as THE HOME DEPOT, INC., a foreign profit corporation)