LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone:     (775) 398-3065
Facsimile:      (877) 648-5288
Email:            lrivera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL PARTON, individually,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:20-cv-01404 JCM-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER IN COMPLIANCE WITH LR 26-1(b) TO EXTEND EXPERT DISCLOSURE DEADLINES**<br>(second request) |

Plaintiff PAUL PARTON and Defendant HOME DEPOT U.S.A., INC. ("Home Depot") by and through their attorneys of record hereby jointly stipulate and respectfully request this Honorable Court order a continuance of the discovery deadlines for 90 days pursuant to FRCP 26 and Local Rule 26-1.

1. <u>Discovery completed</u>: To date, the Parties have exchanged Initial Disclosures, written discovery, conducted the deposition, and the IME of the Plaintiff. The Parties have been working diligently to review Plaintiff's medical records which are very voluminous and given Plaintiff's ongoing treatment additional time is need to obtain additional medical records from 9 facilities;

2. <u>Discovery remaining to be completed</u>: The Parties intend to engaged in informal

settlement negotiations, summarize the additional medical records upon receipt and, if unable to resolve, depose Plaintiff's numerous medical treatment providers and conduct the depositions of the a person most knowledgeable of the Home Depot. Finally, Plaintiff has requested a site inspection of the subject premises.

3. <u>Description of why remaining discovery has not been completed within the time limits previously set by the Court</u>: The Parties have good cause for the 90 day extension of the discovery deadlines because the medical records in this case are incredibly voluminous. Plaintiff alleges over $735,000 in past medical damages, is anticipated to have a third spinal surgery, and has an extensive pre-existing medical history.  Therefore, an additional extension of time is needed to assess the medical condition of the Plaintiff and afford the Parties additional time to engage in informal settlement negotiations and/or mediation.

4. <u>Proposed schedule for completing all remaining discovery</u>: Based on the foregoing, the Parties respectfully request that the Court grant their joint request to extend the expert discovery deadlines, as follows:

|  | Current Dates | Proposed Dates |
| --- | --- | --- |
| Amend the Pleadings | 1/25/2021 | 4/26/2021 |
| Last day to make initial expert disclosures | 3/1/2021 | 5/31/2021 |
| Last day to make rebuttal expert disclosures | 3/29/2021 | 6/28/2021 |
| Discovery Cut-Off | 4/26/2021 | 7/26/2021 |
| Dispositive Motions | 5/25/2021 | 8/23/2021 |
| Pretrial Order | 6/24/2021 | 9/22/2021 |

Pursuant to Local Rule 26-4, this Stipulation was agreed only recently when additional medical treatment was disclosed and this Stipulation is being filed as soon as practicable after the Stipulation.

///

///

///

**IT IS SO STIPULATED.**

DATED:  February 26, 2021                                    DAVID BOEHRER LAW FIRM

                                                      By */s/ Travis J. Rich*
                                                         TRAVIS J. RICH
                                                         Attorneys for Plaintiff
                                                         PAUL PARTON


DATED:  February 26, 2021                                    BURNHAM BROWN


                                                      By */s/ Lynn V. Rivera*
                                                         LYNN V. RIVERA
                                                         Attorneys for Defendant
                                                         HOME DEPOT U.S.A., INC.


### [PROPOSED] ORDER

Upon consideration of the Parties' Stipulation and having found good cause exists, the Court rules as follows:  the parties' request to continue the expert discovery deadlines by 90 days, with proposed dates set forth above, is granted.

IT IS SO ORDERED.

DATE:  February 26, 2021                          _____
                                                   UNITED STATES MAGISTRATE JUDGE

///

///

///

///

///

///

///