LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone:     (775) 398-3065
Facsimile:     (877) 648-5288
Email:         lrivera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL PARTON, individually,<br><br>         Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>         Defendants. | Case No. 2:20-cv-01404 JCM-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER IN COMPLIANCE WITH LR 26-1(b) TO EXTEND EXPERT DISCLOSURE DEADLINES**<br>(third request) |

Plaintiff PAUL PARTON and Defendant HOME DEPOT U.S.A., INC. ("Home Depot") by and through their attorneys of record hereby jointly stipulate and respectfully request this Honorable Court order a continuance of the discovery deadlines for ninety (90 days) pursuant to FRCP 26 and Local Rule 26-1.

   1.   <u>Discovery completed</u>: To date, the Parties have exchanged Initial Disclosures, written discovery, conducted the deposition and the IME of the Plaintiff. The Parties have been working diligently to review Plaintiff's medical records which are very voluminous and given Plaintiff's ongoing treatment additional time is needed to obtain additional medical records from ten facilities that were only recently discovered. Plaintiff continues to treat and had recent surgery to his thoracic

1
STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER IN
COMPLIANCE WITH LR 26-1(b) TO EXTEND EXPERT DISCLOSURE
DEADLINES (third request)

No. 2:20-cv-01404 JCM-EJY

spine.

2. <u>Discovery remaining to be completed</u>: The Parties intend to engaged in informal settlement negotiations and/or mediation, summarize the additional medical records upon receipt and, if unable to resolve, depose Plaintiff's numerous medical treatment providers, and conduct the depositions of the a person most knowledgeable of the Home Depot. Finally, Plaintiff has requested a site inspection of the subject premises.

3. <u>Description of why remaining discovery has not been completed within the time limits previously set by the Court</u>: The Parties have good cause for the 90 day extension of the discovery deadlines because the medical records in this case are incredibly voluminous. Plaintiff alleges over $735,000 in past medical damages, just had a third spinal surgery, and has a very extensive pre-existing medical history and medical records are still outstanding. Therefore, an additional extension of time is needed to assess the medical condition of the Plaintiff, conduct a second deposition of the Plaintiff, and afford the Parties additional time to engage in informal settlement negotiations and/or mediation.

4. <u>Proposed schedule for completing all remaining discovery</u>: Based on the foregoing, the Parties respectfully request that the Court grant their joint request to extend the expert discovery deadlines, as follows:

|  | Current Dates | Proposed Dates |
|---|---|---|
| Last day to make initial expert disclosures | 5/31/2021 | 8/30/2021 |
| Last day to make rebuttal expert disclosures | 6/28/2021 | 9/27/2021 |
| Discovery Cut-Off | 7/26/2021 | 10/25/2021 |
| Dispositive Motions | 8/23/2021 | 11/22/2021 |
| Pretrial Order | 9/22/2021 | 12/21/2021 |

Pursuant to Local Rule 26-4, this Stipulation was agreed to 21 days before the pending deadline.

///

///

2
STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER IN COMPLIANCE WITH LR 26-1(b) TO EXTEND EXPERT DISCLOSURE DEADLINES (third request)

No. 2:20-cv-01404 JCM-EJY

**IT IS SO STIPULATED.**

DATED: May 10, 2021					DAVID BOEHRER LAW FIRM

					By */s/ Travis J. Rich*
						TRAVIS J. RICH
						Attorneys for Plaintiff
						PAUL PARTON


DATED: May 10, 2021					BURNHAM BROWN

					By */s/ Lynn V. Rivera*
						LYNN V. RIVERA
						Attorneys for Defendant
						HOME DEPOT U.S.A., INC.


## ~~[PROPOSED]~~ ORDER

Upon consideration of the Parties' Stipulation and having found good cause exists, the Court rules as follows: the parties' request to continue the expert discovery deadlines by 90 days, with proposed dates set forth above, is granted.

IT IS SO ORDERED.

DATE: May 10, 2021

_____
UNITED STATES MAGISTRATE JUDGE

///
///
///
///
///