**RESNICK & LOUIS, P.C.**
Lynn Rivera, Esq. SBN: 6797
lrivera@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*The Home Depot U.S.A, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAUL PARTON individually, | CASE NO.: 2:20-CV-01404 JCM-EJY |
| Plaintiff, | |
| v. | **MOTION FOR SUBSTITUTION OF COUNSEL** |
| THE HOME DEPOT U.S.A, INC., a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, | |
| defendants. | |

NOTICE IS HEREBY GIVEN that Defendant, THE HOME DEPOT U.S.A., INC., hereby substitute LYNN RIVERA, ESQ., of the law firm of RESNICK & LOUIS, P.C., 8925 West Russell Road, Suite 220, Las Vegas, Nevada 89148, as its attorneys of record in place and stead of GORDON REES SCULLY & MANSUKHANI, LLP in the above-referenced action.

DATED this 2nd day of November, 2021.

**RESNICK & LOUIS, P.C.**

By: /s/ Lynn Rivera
_____
Lynn Rivera, Esq. SBN: 6797
8925 W. Russell Road, Suite 220
Las Vegas, NV 89148
*Attorneys for Defendant,*
*The Home Depot U.S.A, Inc.*

1

**CONSENT TO SUBSTITUTION**

The undersigned hereby consents to the above Substitution of Counsel in the above-entitled action.

DATED this 29 day of October, 2021.

By: _____
GORDON REES SCULLY & MANSUKHANI, LLP

**CONSENT TO SUBSTITUTION**

The undersigned Defendant hereby consents to the above Substitution of Counsel in the above-entitled action.

DATED this 29th day of October, 2021.

By: *Meka B. Ward*_____
A Representative of HOME DEPOT U.S.A., INC.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDE

Dated: November 2, 2021

2